IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.,*

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors, [1] | Civil Action No. 04-612 GMS |
| Plaintiff, | Adversary Case No. 03-50501 (PJW) |
| v. | Bankruptcy Case No. 00-2426 (PJW) |
| GENERAL ELECTRIC COMPANY, | |
| Defendant. | |

## **FINAL PRETRIAL ORDER**

This matter having come before the court at a pretrial conference held pursuant to

Fed.R.Civ.P. ("Rule") 16, and Jeffrey P. Nolan of Pachulski, Stang, Ziehl, Young, Jones &

Weintraub located at 10100 Santa Monica Blvd., Suite 1100, Los Angeles, CA 90067, (310)

277-6910 and Sandra G. McLamb of Pachulski, Stang, Ziehl, Young, Jones & Weintraub located

at 919 North Market Street, 16th Floor, Wilmington, DE 19801 (302) 652-4100 having appeared

as counsel for plaintiff(s) and John Whittle of General Electric Company, and Daniel Rath and

Rebecca Butcher of Landis Rath & Cobb LLP located at 919 Market Street, Suite 600,

Wilmington, DE 19801, (302) 467-4420, having appeared as counsel for defendant(s), the

following actions were taken:

---

[1]    The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

(1)    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  On

June 16, 2000 (the "Petition Date"), each of the Debtors filed a voluntary petition for

relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

Since the Petition Date, the Debtors have continued in the possession of their respective

properties and the management of their respective businesses as debtors in possession

pursuant to sections 1107 and 1108 of the Bankruptcy Code.  These chapter 11 cases

have been consolidated for procedural purposes only, and are being jointly administered

pursuant to an order of this Court.

(2)    This is an adversary action initiated under 11 U.S.C. § 547 against the Defendant for

breach of contract and accounts stated.  The matter was removed from the United States

Bankruptcy Court for the District of Delaware in September 2004.  Jurisdiction is not

disputed.

(3)    The following stipulations and statements were submitted and are attached to and made a

part of this Order.

    (a)    <u>Stipulated Facts</u>

        (i)    Inacom Corp., through a wholly owned subsidiary Vanstar, ("Inacom")

and General Electric Company, through its Appliances operating unit

("GE Co.") entered into a Master Service Agreement in 1996 whereby

Inacom would provide computer software products and support services

for various locations to GE Co. within the United States.

        (ii)    Inacom and GE Co. entered into an interim agreement in 1999 while a

new Master Agreement was negotiated.

(iii)  Inacom and GE Co. entered into a Master Agreement on March 1, 2000.

(iv)  Inacom billed GE Co. for services rendered under the Master Agreement, interim agreement and new Master Agreement by issuance of invoice(s).

(v)  GE Co. admits that it incurred the invoices Exhibit 7 through Exhibit 26 identified in Plaintiff's exhibit list.

(vi)  GE Co. admits that it owed the sums listed on the invoices attached as Exhibit 7 through Exhibit 26 identified in Plaintiff's exhibit list.

(vii)  GE Co. admits that it never paid the amounts due to Inacom as evidenced on the invoices Exhibit 7 through Exhibit 26 identified in Plaintiff's exhibit list.

(b)  CONTESTED ISSUES/FACTS

(i)  Does the "Inacom Reconciliation", as identified as Exhibit "2" to Plaintiff's exhibits, constitute an admission against Defendant's interest for sums admitted to be owed and outstanding by Defendant in the amount of $533,689.63?

(ii)  Is the Plaintiff entitled to interest at 12%, or 1% per month, on outstanding balances exceeding 45 days due from invoice?

(iii)  Does Inacom's settlement with GE approved by the Bankruptcy Court in 2001 bar Inacom's current claims against Defendant?.

(c)  SCHEDULES

(i)  PLAINTIFF'S PROPOSED LIST OF EXHIBITS:

(1)  See Attachment "A"

(ii)    DEFENDANT'S PROPOSED LIST OF EXHIBITS

(2)    Any pleadings from the underlying Bankruptcy case 00-2426.

(d)    WITNESSES

For Plaintiff:

(i)    Elaine Agee; One Corporate Way, 13010 Morris Road, 6th Floor,

Alpharetta, Georgia 30004; Will be called as a witness.

(ii)    Cheryl Rogers; One Corporate Way, 13010 Morris Road, 6th Floor,

Alpharetta, Georgia 30004; Will be called as a witness

(iii)    Lois (Beth) Schilling, 3830 High View Ct., Cumming, GA 30041; Will be

called as a witness

(iv)    Frank Mannarino; Hewlett Packard, Morris Road, Alpharetta, Georgia

30004; May be called as a witness

For Defendant:

(i)    No witnesses

(e)    QUALIFICATIONS OF EXPERT WITNESSES

No expert witnesses were designated.

(f)    Depositions To Be Read Into Evidence; Objections Thereto

Larry Klein.

Page(s)8-9, lns 12-8;

12-13; lns 6-19;

15-18; lns 21-6

20; lns 5-12

20-21; lns 24-6

22-23; lns 19-3

23-25; 12-6

26; 3-23

37-40  lns 15-18

41-42; 7-11

43-44; lns 3-3

p45; lns 1-12

52-53; lns 4-10

54-55; lns 15-24

65-66; lns 11-3

70; lns 2-10

73-75; lns 5-21

(g)    Itemized Statement of Special Damages

Plaintiff's itemized damages are the funds owed for products and services

rendered to GE Co. in the total amount of $909,000.  The damage amount(s) alleged reflect the

amount owed by the Defendant as illustrated on the respective invoices issued by the Plaintiff on

Exhibit 1 through Exhibit 21.  Inacom seeks 12% per year on the outstanding balance pursuant to

the Master Agreement.

(h)    WAIVERS OF CLAIMS OR DEFENSES

None

(i)      <u>The Parties Request A NON-JURY Trial</u>

(j)      <u>HISTORY AND STATUS OF SETTLEMENT NEGOTIATIONS</u>

The parties have discussed settlement though Defendant has not responded to any settlement offer extended from Plaintiff to date.

(k)      <u>COMPLETION OF DISCOVERY</u>

Discovery is closed per the Court's Scheduling Order. However, GE Co. has not responded to Special Interrogatories, Request For the Production of Documents and Request For Admissions propounded by Plaintiff. Similarly, Defendant has not produced a person most knowledgeable on various topics at issue in the litigation. Plaintiff has filed a motion in limine to exclude the introduction of witnesses and documents sought but not produced in accordance with the Federal Rules and Scheduling Orders.

(l)      <u>MOTIONS IN LIMINE</u>

Plaintiffs Motion in Limine to Exclude Documents and Testimony of Witnesses from GE Co. At Time of Trial( Motion attached hereto)

(4)      Trial of this case is expected to take 1 day.

(5)      This will be a NON-JURY Trial.

(6)      This Order will control the course of the trial and may not be amended except by consent of the parties and the court, or by order of the court to prevent manifest injustice.

Date: _____

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:    March 31, 2005                PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                        & WEINTRAUB P.C.


                                        _____
                                        Laura Davis Jones (DE Bar No. 2436)
                                        Sandra G. McLamb (DE Bar No. 4283)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, DE 19899-8705
                                        Telephone:  (302) 652-4100
                                        Facsimile:  (302) 652-4400


                                        Andrew W. Caine (CA Bar No. 110345)
                                        Jeffrey P. Nolan (CA Bar No. 158923)
                                        10100 Santa Monica Blvd., Suite 1100
                                        Los Angeles, California 90067
                                        Telephone: (310) 277-6910
                                        Facsimile: (310) 201-0760


                                        Counsel for DEBTOR, INACOM CORP.



Dated:    March 31, 2005                LANDIS RATH & COBB LLP


                                        _____
                                        Daniel B. Rath Esquire (DE Bar No. 3022)
                                        Rebecca L. Butcher, Esquire (DE Bar No. 3816)
                                        919 Market Street, Suite 600
                                        Wilmington, DE  19801
                                        Telephone: (302) 467-4420
                                        Facsimile:  (302) 467-4450


                                        Counsel for DEFENDANT, GENERAL ELECTRIC
                                        COMPANY.