# ATTACHMENT 1

## INACOM'S LIST OF TRIAL EXHIBITS

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 1 | March 1, 2000 | GE Appliance Master Agreement | |
| 2 | | Inacom Reconciliation | |
| 3 | August 18, 1999 | Interim Agreement | |
| 4 | February 1999 | Service Agreement between GE Warranty Management and Vanstar Corporation | |
| 5 | January 2000 | Y2000 Business Plan of Strategic Outsourcing | |
| 6 | June 15, 2000 | E-mail from Bob Fodor to Elaine Agee re: GE Appliance Review | |
| 7 | January 10, 2000 | Invoice #10952088 in the amount of $210,355.54 | |
| 8 | February 2, 2000 | Invoice #10966238 in the amount of $127,929.23 | |
| 9 | March 24, 2000 | Invoice #11003671 in the amount of $102,797.97 | |
| 10 | March 28, 2000 | Invoice #11005191 in the amount of $24,871.28 (reduced) | |
| 11 | April 4, 2000 | Invoice #11007786 in the amount of $22,601.35 | |
| 12 | April 11, 2000 | Invoice #11009682 in the amount of $21,916.62 | |
| 13 | April 18, 2000 | Invoice #11011651 in the amount of $117,289.75 | |
| 14 | April 18, 2000 | Invoice #11011712 in the amount of $9,010.00 | |
| 15 | April 18, 2000 | Invoice #11011713 in the amount of $611.66 | |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/ FRE # |
|---|---|---|---|
| 16 | April 18, 2000 | Invoice #11011722 in the amount of $476.00 | |
| 17 | April 18, 2000 | Invoice #11011755 in the amount of $20,544.34 | |
| 18 | April 26, 2000 | Invoice #11017704 in the amount of $19,148.07 | |
| 19 | May 08, 2000 | Invoice #11020865 in the amount of $20,609.58 | |
| 20 | May 09, 2000 | Invoice #11021147 in the amount of $23,302.22 | |
| 21 | May 16, 2000 | Invoice #11022848 in the amount of $27,744.19 | |
| 22 | May 24, 2000 | Invoice #11027253 in the amount of $44,634.85 | |
| 23 | May 31, 2000 | Invoice #11030946 in the amount of $46,855.75 | |
| 24 | June 05, 2000 | Invoice #11032210 in the amount of $43,318.39 | |
| 25 | June 12, 2000 | Invoice #11036241 in the amount of $48,614.29 | |
| 26 | July 10, 2000 | Invoice #11041327 in the amount of $33,133.00 | |
| 27 | September 10, 2004 | Plaintiff's First Set of Document Production Requests | |
| 28 | September 10, 2004 | Plaintiff's Requests for Admissions | |
| 29 | September 10, 2004 | Plaintiff's First Set of Interrogatories | |
| 30 | | Demonstrative Chart- Calculation of Simple Interest | |

| EXHIBIT # | DATE | TRIAL EXHIBIT DESCRIPTION | OBJECTION TO ADMISSION/FRE # |
|---|---|---|---|
| 31 | | Master Agreement- Exhibit from deposition of Larry Klein | |
| 32 | | Deposition transcript of Larry Klein | |
| 33 | November 12, 2004 | Notice of Deposition of Person Most Knowledgeable | |

## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this 31st day of March 2005, I caused a copy of the foregoing [proposed] *Final Pre-Trial Order* to be served on the individual(s) listed below in the manner indicated herein.

**First Class Mail**
(Counsel to General Electric Company)
Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

**Hand Delivery**
(General Electric Company)
Rick Evans
John Whittle
Appliance Park Building 2-225
Louisville, KY 40225

_____
Sandra G. McLamb (Bar No. 4283)