IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,[1]<br><br>Plaintiff,<br>v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>Defendant. | Civil Action No. 04-612 GMS<br><br>Adversary Case No. 03-50501 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF GENERAL ELECTRIC COMPANY'S PERSON MOST KNOWLEDGEABLE AND PRODUCTION OF DOCUMENTS AT TIME OF TRIAL**
**[MOTION IN LIMINE NO. 1 OF 1]**

TO THE HONORABLE COURT AND COUNSEL OF RECORD:

COMES NOW, Plaintiff Inacom Corp. as the duly authorized Debtor-in-Possession and files a single Motion in Limine to exclude the testimony of the Person Most Knowledgeable of Defendant on certain categories and exclude documents not produced during discovery (the "Motion"), if any such Defendant or documents should be presented at time of trial. The basis for such exclusion is that such documents were requested on September 10, 2004, and on November 12, 2004. The person most knowledgeable was duly noticed for deposition on

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

November 12, 2004. Defendant failed to produce anyone at that time for deposition. Thereafter, the Court allowed a further sixty (60) days to produce such witness and documents and no such individual or documents were produced by Defendant.

The Motion is supported by attached Memorandum of Points and Authorities, the Declaration of Jeffrey P. Nolan, Exhibits attached hereto, and any and all oral argument the Court may entertain upon hearing the Motion.

Dated: March 31, 2005

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (DE Bar No. 2436)
Sandra G. McLamb (DE Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

and

Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for Debtor and Debtor in Possession
INACOM CORP

## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this 31st day of March 2005, I caused a copy of the foregoing *Plaintiff's Motion In Limine To Exclude Testimony Of General Electric Company's Person Most Knowledgeable And Production Of Documents At Time Of Trial* to be served on the individual(s) listed below in the manner indicated herein.

**First Class Mail**
(Counsel to General Electric Company)
Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

**Hand Delivery**
(General Electric Company)
Rick Evans
John Whittle
Appliance Park Building 2-225
Louisville, KY 40225

Sandra G. McLamb (Bar No. 4283)