IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | |
| INACOM CORP., on behalf of all affiliated Debtors,[3] | Civil Action No. 04-612 GMS |
| Plaintiff,<br>v. | Adversary Case No. 03-50501 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |
| GENERAL ELECTRIC COMPANY, | |
| Defendant. | |

**DECLARATION OF JEFFREY P. NOLAN IN SUPPORT
OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
TESTIMONY OF GENERAL ELECTRIC COMPANY'S PERSON
MOST KNOWLEDGEABLE AND PRODUCTION OF DOCUMENTS
AT TIME OF TRIAL [MOTION IN LIMINE NO. 1 OF 1]**

**PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.**
Andrew W. Caine (Ca Bar No. 110345)
Jeffrey P. Nolan (Ca Bar No. 158923)
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201—760

**PACHULSKI, STANG, ZIEHL, YOUNG
JONES & WEINTRAUB P.C.**
Laura Davis Jones (DE Bar No. 2436)
Sandra G. McLamb (DE Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Date: March 31, 2005

---

[3] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,[1]<br><br>Plaintiff,<br>v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>Defendant. | Civil Action No. 04-612 GMS<br><br>Adversary Case No. 03-50501 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |

### DECLARATION OF JEFFREY P. NOLAN

I, Jeffrey P. Nolan, declare:

1. I am an attorney licensed to practice in the state of California in both federal and state court as well as admitted *pro hac vice* for the purposes of the present case.

2. I make this declaration in support of Plaintiff's Motion In Limine To Exclude Testimony Of General Electric Company's Person Most Knowledgeable. If called upon as a witness, I could and would testify competently as to the following:

3. Attached hereto as Exhibits A, B, and C are true and correct copies of written discovery served by Plaintiff on Defendant.

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

42125-003\DOCS_LA:137991.1

4. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the Notice of Deposition dated November 12, 2004.

5. Attached hereto as <u>Exhibit E</u>, <u>H</u>, <u>I</u>, and <u>J</u> are true and correct copies of correspondence exchanged between the Parties during the course of discovery in this adversary.

6. Attached hereto as <u>Exhibit F</u> is a true and correct copy of the Stipulated Continuance of Scheduling Order, dated September 17, 2004.

7. Attached hereto as <u>Exhibit G</u> is a true and correct copy of the executed Order, dated December 17, 2004 extending discovery in this matter until March 9, 2005.

8. In addition to the written correspondence, on numerous occasions I have discussed with counsel for Defendant, Rebecca Butcher and Rick Evans, acquiring written responses and documents from the Defendant. Similarly, we have discussed Defendant's inability to produce a Person Most Knowledgeable or those documents requested at the 30(b)(6) deposition. To date, I have not been informed that Defendant has any such documents responsive to the written discovery. On one occasion, Rick Evans did forward to me a copy of a written agreement. No formal written responses have been issued.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 31st day of March, 2005 at Los Angeles, California.

Dated: March 31, 2005

JEFFREY P. NOLAN

**SEE APPENDIX OF EXHIBITS IN SUPPORT OF**
**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF GENERAL**
**ELECTRIC COMPANY'S PERSON MOST KNOWLEDGEABLE AND PRODUCTION**
**OF DOCUMENTS AT TIME OF TRIAL**
**[MOTION IN LIMINE NO. 1 OF 1]**

## CERTIFICATE OF SERVICE

I, Sandra G. McLamb, hereby certify that on this 31st day of March 2005, I caused a copy of the foregoing *Declaration of Jeffrey P. Nolan in Support of Plaintiff's Motion in Limine to Exclude Testimony of General Electric Company's Person Most Knowledgeable and Production of Documents at Time of Trial [Motion in Limine No. 1 of 1]* to be served on the individual(s) listed below in the manner indicated herein.

**First Class Mail**
(Counsel to General Electric Company)
Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

**Hand Delivery**
(General Electric Company)
Rick Evans
John Whittle
Appliance Park Building 2-225
Louisville, KY 40225

Sandra G. McLamb (Bar No. 4283)