IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,[1]<br><br>Plaintiff,<br>v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>Defendant. | Civil Action No. 04-612 GMS<br><br>Adversary Case No. 03-50501 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF GENERAL ELECTRIC COMPANY'S PERSON MOST KNOWLEDGEABLE AND PRODUCTION OF DOCUMENTS AT TIME OF TRIAL [MOTION IN LIMINE NO. 1 OF 1]**

**PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.**
Andrew W. Caine (Ca Bar No. 110345)
Jeffrey P. Nolan (Ca Bar No. 158923)
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201—760

**PACHULSKI, STANG, ZIEHL, YOUNG JONES & WEINTRAUB P.C.**
Laura Davis Jones (DE Bar No. 2436)
Sandra G. McLamb (DE Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Date: March 31, 2005

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

## TABLE OF CONTENTS

**DOCUMENT**                                                                 **EXHIBIT TAB**

1) 09/10/04 Plaintiff's First Set of Document Production Requests......................A

2) 09/10/04 Plaintiff's first Set of Interrogatories to Defendant............................B

3) Plaintiff's Request for Admissions Propounded to Defendant, Set One...........C

4) 11/12/04 Notice of Deposition of Person Most Knowledgeable.......................D

5) 12/01/04 E-mail correspondence from
   Richard V. Evans to Jeffrey P. Nolan..............................................................E

6) 12/13/04 Stipulated Continuance of Scheduling Order......................................F

7) [Signed] 12/13/04 Stipulated Continuance of Scheduling Order.......................G

8) 12/27/04 E-mail Correspondence from
   Jeffrey P. Nolan to Rebecca L. Butcher and Richard V. Evans.........................H

9) 02/08/05 E-mail Correspondence from
   Jeffrey P. Nolan to Richard V. Evans...............................................................I

10) 02/10/05 E-mail correspondence from
    Richard V. Evans to Jeffrey P. Nolan..............................................................J