**inacom**
*Running is everything.*

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ REMIT TO ▲ ▲ ▲

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

Page 7 of 7

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 05/24/2000 | 11027253 |

CUSTOMER P.O.

GSA NUMBER

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| GENERAL ELECTRIC COMPANY<br>11111 Richmond Ave Ste 154<br>Houston, TX 77082 2645 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| GENERAL ELECTRIC COMPANY<br>18551 Von Karman Ave<br>Irvine, CA 92612 1510 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 476.00 | 476.00 |
| GENERAL ELECTRIC COMPANY<br>11777 Sorrento Valley Rd<br>San Diego, CA 92121 1013 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>555 Winderley Pl<br>Maitland, FL 32751 7225 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| GENERAL ELECTRIC COMPANY<br>201 Brookfield Pkwy<br>Greenville, SC 29607 5716 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,428.00 | 1,428.00 |
| GENERAL ELECTRIC COMPANY<br>800 Kirts Blvd<br>Troy, MI 48084 4826 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,190.00 | 1,190.00 |
| GENERAL ELECTRIC COMPANY<br>393 Inverness Dr S<br>Englewood, CO 80112 5816 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY | | | |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| | |
|---|---|
| SUBTOTAL | 43,095.00 |
| TAX | 1,539.85 |
| TOTAL DUE: | 44,634.85 |

**inacom.**
*Running is everything.™*

# INVOICE

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ REMIT TO ▲ ▲

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 05/31/2000 | 11030946 |

| CUSTOMER P.O. |
|---|
| |

| GSA NUMBER |
|---|
| |

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID:  47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| CONTRACT 527263 | | | |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| Appliance Park AP6-218 | | | |
| Louisville, KY 40225 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | | |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| 14200 23rd Ave N | | | |
| Plymouth, MN 55447 4910 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 476.00 | 476.00 |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| 2257 Westbrook Dr. Building Hi | | | |
| Columbus, OH 43228 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| 2850 S 36th St Bldg A | | | |
| Phoenix, AZ 85034 7239 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| 55 Capitol Blvd Ste 302 | | | |
| Rocky Hill, CT 06067 3578 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,428.00 | 1,428.00 |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| 67 4th Ave | | | |
| Needham, MA 02494 2704 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,190.00 | 1,190.00 |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| 6300 Rockside Rd | | | |
| Independence, OH 44131 2221 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |

| TERMS: Due Upon receipt of Invoice | We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof. | SUBTOTAL | |
|---|---|---|---|
| | | TAX | |
| | | TOTAL DUE: | CONTINUED |

 **inacom.**
*Running is everything*

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ REMIT TO ▲ ▲

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 05/31/2000 | 11030946 |

| CUSTOMER P.O. |
|---|

| GSA NUMBER |
|---|

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 3495 Winton Pl<br>Rochester, NY 14623 2807 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| GENERAL ELECTRIC COMPANY<br>1350 S Loop Rd Ste 150<br>Alameda, CA 94502 7086 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 476.00 | 476.00 |
| GENERAL ELECTRIC COMPANY<br>3140 Gold Camp Dr Ste 170<br>Rancho Cordova, CA 95670 6023 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 2,567.00 | 2,567.00 |
| GENERAL ELECTRIC COMPANY<br>7204 SW Durham Rd Ste 500<br>Portland, OR 97224 7572 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 238.00 | 238.00 |
| GENERAL ELECTRIC COMPANY<br>6303 Commerce Dr Ste 175<br>Irving, TX 75063 2626 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,309.00 | 1,309.00 |
| GENERAL ELECTRIC COMPANY<br>7301 Georgetown Rd Ste 128<br>Indianapolis, IN 46268 4157 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 833.00 | 833.00 |
| GENERAL ELECTRIC COMPANY<br>2211 New Market Pkwy SE Ste 130<br>Marietta, GA 30067 9310 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,428.00 | 1,428.00 |
| GENERAL ELECTRIC COMPANY<br>1239 E Newport Center Dr Ste 101<br>Deerfield Beach, FL 33442 7711 | | | |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| SUBTOTAL | |
|---|---|
| TAX | |
| TOTAL DUE: | CONTINUED |


**Running is everything™**

# INVOICE

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ **REMIT TO** ▲ ▲

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 05/31/2000 | 11030946 |

| CUSTOMER P.O. |
|---|
| |

| GSA NUMBER |
|---|
| |

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| SYSTEMS MAINTENANCE- NO SERIAL<br><br>GENERAL ELECTRIC COMPANY<br>5411 Beaumont Center Blvd Ste 720<br>Tampa, FL 33634 5207 | 1.00 | 1,547.00 | 1,547.00 |
| SYSTEMS MAINTENANCE- NO SERIAL<br><br>GENERAL ELECTRIC COMPANY<br>380 Townline Rd Ste A<br>Hauppauge, NY 11788 2800 | 1.00 | 952.00 | 952.00 |
| SYSTEMS MAINTENANCE- NO SERIAL<br><br>GENERAL ELECTRIC COMPANY<br>485 Route 1 South, Ste. 170<br>Iselin, NJ 08830 | 1.00 | 1,190.00 | 1,190.00 |
| SYSTEMS MAINTENANCE- NO SERIAL<br><br>GENERAL ELECTRIC COMPANY<br>2258 Weldon Pkwy<br>Saint Louis, MO 63146 3206 | 1.00 | 238.00 | 238.00 |
| SYSTEMS MAINTENANCE- NO SERIAL<br><br>GENERAL ELECTRIC COMPANY<br>8273 Melrose Dr<br>Lenexa, KS 66214 1625 | 1.00 | 1,309.00 | 1,309.00 |
| SYSTEMS MAINTENANCE- NO SERIAL<br><br>GENERAL ELECTRIC COMPANY<br>9101 Southern Pines Blvd<br>Charlotte, NC 28273 5519 | 1.00 | 238.00 | 238.00 |
| SYSTEMS MAINTENANCE- NO SERIAL<br><br>GENERAL ELECTRIC COMPANY<br>2008 Renaissance Blvd<br>King Of Prussia, PA 19406 2700 | 1.00 | 238.00 | 238.00 |
| SYSTEMS MAINTENANCE- NO SERIAL | | | |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| SUBTOTAL | |
|---|---|
| TAX | |
| TOTAL DUE: | CONTINUED |

# INVOICE

**inacom.**
*Running is everything™*

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ **REMIT TO** ▲ ▲

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 05/31/2000 | 11030946 |

CUSTOMER P.O.

GSA NUMBER

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| GENERAL ELECTRIC COMPANY<br>11 Riverbend Dr<br>Stamford, CT 06907 2622 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY<br>8989 Hermann Dr Ste G<br>Columbia, MD 21045 4710 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,309.00 | 1,309.00 |
| GENERAL ELECTRIC COMPANY<br>201 Hansen Ct Ste 119<br>Wood Dale, IL 60191 1151 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 2,261.00 | 2,261.00 |
| GENERAL ELECTRIC COMPANY<br>4500 Cooper Rd Ste 200<br>Cincinnati, OH 45242 5600 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 833.00 | 833.00 |
| GENERAL ELECTRIC COMPANY<br>1281 Murfreesboro Pike Ste 150<br>Nashville, TN 37217 2437 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,547.00 | 1,547.00 |
| GENERAL ELECTRIC COMPANY<br>700 N Bell Ave Ste 100<br>Carnegie, PA 15106 4322 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 357.00 | 357.00 |
| GENERAL ELECTRIC COMPANY<br>2186 Eastman Ave Ste 101<br>Ventura, CA 93003 7703 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 952.00 | 952.00 |
| GENERAL ELECTRIC COMPANY | | | |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| | |
|---|---|
| SUBTOTAL | 1.00 |
| TAX | 952.00 |
| TOTAL DUE: | CONTINUED |

Page 5 of 7

 

**INVOICE**

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ **REMIT TO** ▲ ▲

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 05/31/2000 | 11030946 |

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

CUSTOMER P.O.

GSA NUMBER

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 3030 S Calhoun Rd<br>New Berlin, WI 53151 3549 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| GENERAL ELECTRIC COMPANY<br>860 Aviation Pkwy<br>Morrisville, NC 27560 7395 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| GENERAL ELECTRIC COMPANY<br>150 Hembree Park Dr Ste 100<br>Roswell, GA 30076 3873 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 5,474.00 | 5,474.00 |
| GENERAL ELECTRIC COMPANY<br>8917 Western Way<br>Jacksonville, FL 32256 8385 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,547.00 | 1,547.00 |
| GENERAL ELECTRIC COMPANY<br>3450 N Rock Rd<br>Wichita, KS 67226 1327 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>9300 Underwood Ave<br>Omaha, NE 68114 2682 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>333 N Wilmot Rd<br>Tucson, AZ 85711 2631 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>353 Markle Dr<br>Harrisburg, PA 17111 2762 | | | |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| TOTAL DUE: | CONTINUED |

# INVOICE

**Inacom.**
*Running is everything.*

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ REMIT TO ▲ ▲

GENERAL ELECTRIC COMPANY
·Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 05/31/2000 | 11030946 |

| CUSTOMER P.O. |
|---|
|  |

| GSA NUMBER |
|---|
|  |

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 952.00 | 952.00 |
| GENERAL ELECTRIC COMPANY<br>406 Gallimore Dairy Rd<br>Greensboro, NC 27409 9725 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 357.00 | 357.00 |
| GENERAL ELECTRIC COMPANY<br>2060 Corporate Ct<br>San Jose, CA 95131 1753 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>5000 Brittonfield Pkwy<br>East Syracuse, NY 13057 9200 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>9100 W Ih 10<br>San Antonio, TX 78230 3113 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 357.00 | 357.00 |
| GENERAL ELECTRIC COMPANY<br>16 Corporate Cir<br>Albany, NY 12203 5121 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>301 Cayuga Rd<br>Buffalo, NY 14225 1950 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 357.00 | 357.00 |
| GENERAL ELECTRIC COMPANY<br>9884 Mayland Dr<br>Richmond, VA 23233 1410 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | | | |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all
applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as
Amended, and of regulations and orders of the U.S. Department of labor issued under
section 14 thereof.

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| TOTAL DUE: | CONTINUED |

Page 7 of 7

**INVOICE**

  **Inacom.**
*Running is everything.*

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ REMIT TO ▲ ▲

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 05/31/2000 | 11030946 |

CUSTOMER P.O.

GSA NUMBER

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing

FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| GENERAL ELECTRIC COMPANY<br>816 Greenbrier Cir<br>Chesapeake, VA 23320 2642 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 238.00 | 238.00 |
| GENERAL ELECTRIC COMPANY<br>11111 Richmond Ave Ste 154<br>Houston, TX 77082 2645 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,428.00 | 1,428.00 |
| GENERAL ELECTRIC COMPANY<br>18551 Von Karman Ave<br>Irvine, CA 92612 1510 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 357.00 | 357.00 |
| GENERAL ELECTRIC COMPANY<br>11777 Sorrento Valley Rd<br>San Diego, CA 92121 1013 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 238.00 | 238.00 |
| GENERAL ELECTRIC COMPANY<br>555 Winderley Pl<br>Maitland, FL 32751 7225 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| GENERAL ELECTRIC COMPANY<br>201 Brookfield Pkwy<br>Greenville, SC 29607 5716 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY<br>800 Kirts Blvd<br>Troy, MI 48084 4826 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 833.00 | 833.00 |
| GENERAL ELECTRIC COMPANY | | | |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| | |
|---|---|
| SUBTOTAL | 45,407.00 |
| TAX | 1,448.75 |
| TOTAL DUE: | 46,855.75 |

# INVOICE

**inacom.**
*Running is everything*

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ **REMIT TO** ▲ ▲

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 06/05/2000 | 11032210 |

CUSTOMER P.O.

GSA NUMBER

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 45013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| CONTRACT 527263 | | | |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| Appliance Park AP6-218 | | | |
| Louisville, KY 40225 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY | | | |
| 2257 Westbrook Dr. Building Hi | | | |
| Columbus, OH 43228 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | | |
| GENERAL ELECTRIC COMPANY | | | |
| 1700 Woodlands Dr Ste 101 | | | |
| Maumee, OH 43537 4043 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 238.00 | 238.00 |
| GENERAL ELECTRIC COMPANY | | | |
| 55 Capitol Blvd Ste 302 | | | |
| Rocky Hill, CT 06067 3578 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY | | | |
| 67 4th Ave | | | |
| Needham, MA 02494 2704 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,071.00 | 1,071.00 |
| GENERAL ELECTRIC COMPANY | | | |
| 3495 Winton Pl | | | |
| Rochester, NY 14623 2807 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY | | | |
| 3140 Gold Camp Dr Ste 170 | | | |
| Rancho Cordova, CA 95670 6023 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 833.00 | 833.00 |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| TOTAL DUE: | CONTINUED |

**inacom.**
*Running is everything.*

# INVOICE

PO BOX 7777-W4310
PHILADELPHIA, PA  19175-4310

▲ ▲  **REMIT TO**  ▲ ▲

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 06/05/2000 | 11032210 |

**CUSTOMER P.O.**

**GSA NUMBER**

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
**FEDERAL TAX ID:  47-0681813**

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 1850 Bates Ave<br>Concord, CA 94520 1253 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 357.00 | 357.00 |
| GENERAL ELECTRIC COMPANY<br>7204 SW Durham Rd Ste 500<br>Portland, OR 97224 7572 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY<br>6303 Commerce Dr Ste 175<br>Irving, TX 75063 2626 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 2,142.00 | 2,142.00 |
| GENERAL ELECTRIC COMPANY<br>2211 New Market Pkwy SE Ste 130<br>Marietta, GA 30067 9310 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,190.00 | 1,190.00 |
| GENERAL ELECTRIC COMPANY<br>5411 Beaumont Center Blvd Ste 720<br>Tampa, FL 33634 5207 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY<br>485 Route 1 South, Ste. 170<br>Iselin, NJ 08830 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>2258 Weldon Pkwy<br>Saint Louis, MO 63146 3206 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>8273 Melrose Dr<br>Lenexa, KS 66214 1625 | | | |

**TERMS:  Due Upon
receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all
applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as
Amended, and of regulations and orders of the U.S. Department of labor issued under
section 14 thereof.

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| TOTAL DUE | CONTINUED |

**inacom.**
*Running is everything.*

# INVOICE

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ **REMIT TO** ▲ ▲

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 06/05/2000 | 11032210 |

| CUSTOMER P.O. |
|---|
| |

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

| GSA NUMBER |
|---|
| |

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
**FEDERAL TAX ID: 47-0681813**

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 357.00 | 357.00 |
| GENERAL ELECTRIC COMPANY<br>9101 Southern Pines Blvd<br>Charlotte, NC 28273 5519 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>201 Hansen Ct Ste 119<br>Wood Dale, IL 60191 1151 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 2,499.00 | 2,499.00 |
| GENERAL ELECTRIC COMPANY<br>4500 Cooper Rd Ste 200<br>Cincinnati, OH 45242 5600 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY<br>1281 Murfreesboro Pike Ste 150<br>Nashville, TN 37217 2437 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,547.00 | 1,547.00 |
| GENERAL ELECTRIC COMPANY<br>700 N Bell Ave Ste 100<br>Carnegie, PA 15106 4322 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY<br>2186 Eastman Ave Ste 101<br>Ventura, CA 93003 7703 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,309.00 | 1,309.00 |
| GENERAL ELECTRIC COMPANY<br>3030 S Calhoun Rd<br>New Berlin, WI 53151 3549 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | | | |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| SUBTOTAL | |
|---|---|
| TAX | |
| TOTAL DUE: | CONTINUED |

# INVOICE

**inacom.**
Running is everything.™

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ REMIT TO ▲ ▲

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 06/05/2000 | 11032210 |

CUSTOMER P.O.

GSA NUMBER

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| GENERAL ELECTRIC COMPANY<br>860 Aviation Pkwy<br>Morrisville, NC 27560 7395 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| GENERAL ELECTRIC COMPANY<br>150 Hembree Park Dr Ste 100<br>Roswell, GA 30076 3873 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 238.00 | 238.00 |
| GENERAL ELECTRIC COMPANY<br>8917 Western Way<br>Jacksonville, FL 32256 8385 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| GENERAL ELECTRIC COMPANY<br>7333 S Hardy Dr<br>Tempe, AZ 85283 4465 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>4600 Powder Mill Rd<br>Beltsville, MD 20705 2675 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,904.00 | 1,904.00 |
| GENERAL ELECTRIC COMPANY<br>353 Markle Dr<br>Harrisburg, PA 17111 2762 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY<br>406 Gallimore Dairy Rd<br>Greensboro, NC 27409 9725 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| GENERAL ELECTRIC COMPANY | | | |

**TERMS: Due Upon
receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all
applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as
Amended, and of regulations and orders of the U.S. Department of labor issued under
section 14 thereof.

| | |
|---|---|
| SUBTOTAL | 1.00 |
| TAX | 1,666.00 |
| TOTAL DUE: | CONTINUED |

# inacom.
*Running is everything™*

# INVOICE

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ REMIT TO ▲ ▲

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 06/05/2000 | 11032210 |

| CUSTOMER P.O. |
|---|

| GSA NUMBER |
|---|

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 10291 N Meridian St<br>Indianapolis, IN 46290 1000 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY<br>5000 Brittonfield Pkwy<br>East Syracuse, NY 13057 9200 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| GENERAL ELECTRIC COMPANY<br>9100 W Ih 10<br>San Antonio, TX 78230 3113 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,666.00 | 1,666.00 |
| GENERAL ELECTRIC COMPANY<br>16 Corporate Cir<br>Albany, NY 12203 5121 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>301 Cayuga Rd<br>Buffalo, NY 14225 1950 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 357.00 | 357.00 |
| GENERAL ELECTRIC COMPANY<br>9884 Mayland Dr<br>Richmond, VA 23233 1410 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| GENERAL ELECTRIC COMPANY<br>816 Greenbrier Cir<br>Chesapeake, VA 23320 2642 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY<br>9885 Rockside Rd<br>Valley View, OH 44125 6273 | | | |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| TOTAL DUE: | CONTINUED |

Page 6 of 7

# INVOICE

**inacom.**
*Running is everything.™*

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ REMIT TO ▲ ▲

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 06/05/2000 | 11032210 |

CUSTOMER P.O.

GSA NUMBER

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY<br>11111 Richmond Ave Ste 154<br>Houston, TX 77082 2645 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,428.00 | 1,428.00 |
| GENERAL ELECTRIC COMPANY<br>18551 Von Karman Ave<br>Irvine, CA 92612 1510 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>11777 Sorrento Valley Rd<br>San Diego, CA 92121 1013 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>600 W Hillsboro Blvd<br>Deerfield Beach, FL 33441 1609 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,666.00 | 1,666.00 |
| GENERAL ELECTRIC COMPANY<br>555 Winderley Pl<br>Maitland, FL 32751 7225 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 952.00 | 952.00 |
| GENERAL ELECTRIC COMPANY<br>201 Brookfield Pkwy<br>Greenville, SC 29607 5716 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| GENERAL ELECTRIC COMPANY<br>800 Kirts Blvd<br>Troy, MI 48084 4826 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | | | |

**TERMS:** Due Upon
receipt of Invoice

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| TOTAL DUE: | CONTINUED |

# INVOICE

**Inacom.**
*Running is everything*

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ REMIT TO ▲ ▲

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 06/05/2000 | 11032210 |

CUSTOMER P.O.

GSA NUMBER

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| GENERAL ELECTRIC COMPANY<br>393 Inverness Dr S<br>Englewood, CO 80112 5816 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 357.00 | 357.00 |
| GENERAL ELECTRIC COMPANY<br>4405 N I-10 Service Road<br>Metairie, LA 70006 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>5430 W Sahara Ave<br>Las Vegas, NV 89146 0358 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 238.00 | 238.00 |
| GENERAL ELECTRIC COMPANY<br>8051 Moors Bridge Rd<br>Portage, MI 49024 4073 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 476.00 | 476.00 |
| GENERAL ELECTRIC COMPANY<br>324 Euclid Dr<br>Evansville, IN 47714 0225 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 714.00 | 714.00 |
| GENERAL ELECTRIC COMPANY<br>153 bolsters mills rd<br>otisfield, ME 04270 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY<br>1507 Wind Hill Rd<br>Coopersburg, PA 18036 3209 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,428.00 | 1,428.00 |
| GENERAL ELECTRIC COMPANY | | | |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| | |
|---|---|
| SUBTOTAL | 41,888.00 |
| TAX | 1,430.39 |
| TOTAL DUE: | 43,318.39 |

**PAGE 1 OF 1**

# inacom.

Information Systems
PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

## INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 06/12/00 | 11036241 |

| CUSTOMER PO REFERENCE |
|---|
| |

| CUSTOMER REFERENCE |
|---|
| |

GENERAL ELECTRIC COMPANY              000043

Landon Laws
Appliance Park AP6-218
Louisville KY 40225

| CUSTOMER NUMBER | CONTRACT NUMBER |
|---|---|
| 46013671 | 527263 |

Please contact your Inacom Customer Service
Representative at 800.301.9068 regarding any
questions on this billing.

FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **CONTRACT** 5/1/00 - 5/31/00 | 55.00 | | $47,124.00 |
| ( | | | |

**TERMS: Due upon receipt of invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the U.S. Department of Labor issued under section 14 thereof.

| | |
|---|---|
| Subtotal | $47,124.00 |
| Tax | $1,490.29 |
| **Invoice Total ▶** | $48,614.29 |

---

PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT

☐ Check Here For Address Change

GENERAL ELECTRIC COMPANY

Landon Laws
Appliance Park AP6-218
Louisville KY 40225

INACOM
PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 06/12/00 | 11036241 |

| CUSTOMER PO REFERENCE |
|---|
| |

| CUSTOMER REFERENCE |
|---|
| |

| CUSTOMER NUMBER | CONTRACT NUMBER |
|---|---|
| 46013671 | 527263 |

FED TAX ID #: 47-0681813

| TOTAL DUE ▶ | $48,614.29 |
|---|---|
| Amount Enclosed ▶ | |

Page 1 of 5

 **Inacom.**
*Running is everything.™*

# INVOICE

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ **REMIT TO** ▲ ▲

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07/10/2000 | 11041327 |

CUSTOMER P.O.

GSA NUMBER

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| CONTRACT 527263 | | | |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| 6303 Commerce Dr Ste 175 | | | |
| Irving, TX 75063 2626 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 3,927.00 | 3,927.00 |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| 8419 154th Ave NE | | | |
| Redmond, WA 98052 3863 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 833.00 | 833.00 |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| 8500 Leesburg Pike | | | |
| Vienna, VA 22182 2409 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 3,213.00 | 3,213.00 |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| 2258 Weldon Pkwy | | | |
| Saint Louis, MO 63146 3206 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 3,689.00 | 3,689.00 |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| 406 Gallimore Dairy Rd | | | |
| Greensboro, NC 27409 9725 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 2,380.00 | 2,380.00 |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| 800 Kirts Blvd | | | |
| Troy, MI 48084 4826 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 3,332.00 | 3,332.00 |
| | | | |
| GENERAL ELECTRIC COMPANY | | | |
| 1505 Mesquite Dr | | | |
| Little Rock, AR 72211 | | | |
| | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 238.00 | 238.00 |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| TOTAL DUE: | CONTINUED |

# inacom.
*Running is everything.*

**INVOICE**

PO BOX 7777-W4310
PHILADELPHIA, PA  19175-4310

▲ ▲ REMIT TO ▲ ▲

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07/10/2000 | 11041327 |

CUSTOMER P.O.

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

GSA NUMBER

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 918 W Michelle Dr<br>Phoenix, AZ 85023 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 833.00 | 833.00 |
| GENERAL ELECTRIC COMPANY<br>2022 S Holt Ave<br>Los Angeles, CA 90034 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 6,069.00 | 6,069.00 |
| GENERAL ELECTRIC COMPANY<br>2416 Glenhaven Dr<br>Highlands Ranch, CO 80126 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY<br>240 Green Rd<br>Manchester, CT 06040 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,071.00 | 1,071.00 |
| GENERAL ELECTRIC COMPANY<br>2251 Sherman Ave NW<br>Washington, DC 20001 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 238.00 | 238.00 |
| GENERAL ELECTRIC COMPANY<br>1805 W 10th St<br>Wilmington, DE 19805 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 238.00 | 238.00 |
| GENERAL ELECTRIC COMPANY<br>142 Ivanhoe Dr<br>Ormond, FL 32176 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 10,115.00 | 10,115.00 |
| GENERAL ELECTRIC COMPANY<br>380 Cambridge Way<br>Covington, GA 30016 | | | |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| TOTAL DUE: | CONTINUED |



**INVOICE**

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ REMIT TO ▲ ▲

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07/10/2000 | 11041327 |

CUSTOMER P.O.

GSA NUMBER

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 2,380.00 | 2,380.00 |
| GENERAL ELECTRIC COMPANY 2238 Kaluaopalena St Honolulu, HI 96819 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 119.00 | 119.00 |
| GENERAL ELECTRIC COMPANY 9415 Elm Lane Crystal Lake, IL 60014 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 2,618.00 | 2,618.00 |
| GENERAL ELECTRIC COMPANY 1322 Ironwood Dr W Carmel, IN 46033 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 2,023.00 | 2,023.00 |
| GENERAL ELECTRIC COMPANY 965 Fargo Springs Rd Bendena, KS 66008 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,785.00 | 1,785.00 |
| GENERAL ELECTRIC COMPANY 233 Kenoak Dr Louisville, KY 40214 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY 79049 Barker Rd Covington, LA 70435 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 238.00 | 238.00 |
| GENERAL ELECTRIC COMPANY 311 Wellman Ave N Chelmsford, MA 01863 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | | | |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| TOTAL DUE: | CONTINUED |

# INVOICE

**inacom.**
*Running is everything™*

PO BOX 7777-W4310
PHILADELPHIA, PA 19175-4310

▲ ▲ REMIT TO ▲ ▲

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07/10/2000 | 11041327 |

CUSTOMER P.O.

GSA NUMBER

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID: 47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| GENERAL ELECTRIC COMPANY<br>14310 Medwick Rd<br>Upper Marlboro, MD 20774 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,785.00 | 1,785.00 |
| GENERAL ELECTRIC COMPANY<br>6145 Mill Run Rd<br>Monticello, MN 55362 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 238.00 | 238.00 |
| GENERAL ELECTRIC COMPANY<br>6 Talber Hill Rd<br>Canaan, NE 03741 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 238.00 | 238.00 |
| GENERAL ELECTRIC COMPANY<br>464 Boston Post Rd<br>Amherst, NH 03031 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY<br>87 New York Ave<br>Newark, NJ 07105 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 476.00 | 476.00 |
| GENERAL ELECTRIC COMPANY<br>1404 Katie St NE<br>Albuquerque, NM 87110 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 357.00 | 357.00 |
| GENERAL ELECTRIC COMPANY<br>1012 Rose River Ct<br>Henderson, NV 89015 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 595.00 | 595.00 |
| GENERAL ELECTRIC COMPANY | | | |

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| | |
|---|---|
| SUBTOTAL | 1.00 |
| TAX | 833.00 |
| TOTAL DUE: | CONTINUED |

**inacom.**
*Running is everything.™*

# INVOICE

PO BOX 7777-W4310
PHILADELPHIA, PA  19175-4310

▲  ▲  **REMIT TO**  ▲  ▲

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 07/10/2000 | 11041327 |

| CUSTOMER P.O. |
|---|

| GSA NUMBER |
|---|

GENERAL ELECTRIC COMPANY
Landon Laws
Appliance Park AP6-218
Louisville, KY 40225-

| CUSTOMER NUMBER | RECAP NUMBER |
|---|---|
| 46013671 | 0 |

Please contact your Inacom Customer Service
representative at (800) 301-9068 regarding any
questions on this billing
FEDERAL TAX ID:  47-0681813

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 1183 Post Rd<br>Scarsdale, NY 10583 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 3,451.00 | 3,451.00 |
| GENERAL ELECTRIC COMPANY<br>96 Lock St<br>Lockburne, OH 43137 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 2,261.00 | 2,261.00 |
| GENERAL ELECTRIC COMPANY<br>3553 96th Ave NE<br>Norman, OK 73026 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 952.00 | 952.00 |
| GENERAL ELECTRIC COMPANY<br>16435 S Buckner Creek Rd<br>Beavercreek, OR 97004 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,071.00 | 1,071.00 |
| GENERAL ELECTRIC COMPANY<br>933 Fayette Ave<br>Belle Vernon, PA 15012 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 4,284.00 | 4,284.00 |
| GENERAL ELECTRIC COMPANY<br>349 Hickory Hill Dr<br>Columbia, SC 29210 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,071.00 | 1,071.00 |
| GENERAL ELECTRIC COMPANY<br>124 West End Ave<br>Dickson, TN 37055 | | | |
| SYSTEMS MAINTENANCE- NO SERIAL | 1.00 | 1,785.00 | 1,785.00 |
| GENERAL ELECTRIC COMPANY<br>176 W 1600 S<br>Orem, UT 84058 | | | |

✗ Adjustment For last 2 wks of June

**TERMS: Due Upon receipt of Invoice**

We hereby certify that these goods and/or services were produced in compliance with all applicable requirements of sections 6,7, and 12 of the Fair Labor Standards Act, as Amended, and of regulations and orders of the U.S. Department of labor issued under section 14 thereof.

| | |
|---|---|
| SUBTOTAL | 58,068.00 |
| TAX | 2,198.18 |
| TOTAL DUE: | 70,266.18 |

✗ $33,133.00

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I

am over the age of eighteen years and not a party to the within-entitled action. My business

address is 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California 90067. I am

readily familiar with this firm's practice for collection and processing of correspondence for

mailing with the United States Postal Service. On September 10, 2004 I placed with this firm at

the above address for deposit with the United States Postal Service true and correct copies of the

within documents:

### PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

in sealed envelopes, postage fully paid, addressed as follows:

Daniel B. Rath, Esquire
Kristin A. Giakas, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Glenn M. Reisman, Esq.
Two Corporate Drive
P.O. Box 861
Shelton, CT 06484-0861

Following ordinary business practices, the envelopes were sealed and placed for

collection and mailing on this date, and would, in the ordinary course of business, be deposited

with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose

direction the service was made.

Executed on September 10, 2004 at Los Angeles, California.

Melisa DesJardien