# Jeffrey P. Nolan

**From:** Evans, Richard V (GE Consumer & Industrial) [richard.evans@ge.com]
**Sent:** Wednesday, December 01, 2004 5:57 AM
**To:** Jeffrey P. Nolan
**Subject:** Inacom / GE

Jeff --

As we discussed, I have not yet been able to identify a person with the most knowledge for the deposition you've noticed. We'll need to postpone the deposition until I'm able to find someone with institutional memory of the Inacom relationship.

I'll call you on Friday as scheduled, and hopefully we'll be able to finalize a plan for going forward. Thanks again for your courtesy.

Rick

```
>       g
>       Richard V. Evans, Litigation Counsel_____
>       GE Consumer & Industrial
>       Appliance Park, Building 2-225
>       Louisville, Kentucky 40225
>       Telephone 502.452.7063
>       Fax 502.452.0395
>       Email: richard.evans@ge.com
>
>       The information contained in this electronic message is intended only
> for the named recipient(s) and may contain information that is
> privileged, confidential, and exempt from disclosure under applicable
> law.  No waiver of privilege, confidence or otherwise is intended or
> should be implied from the transmission of this communication by
> electronic means.  If you are not an intended recipient, or the
> employee or agent responsible for delivering this message to an
> intended recipient, please be aware that any dissemination,
> distribution or copying of this communication is strictly prohibited.
> If you have received this message in error, please immediately notify
> me and destroy all copies of this email.  Thank you.
>
```