**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2004 DEC 13  PM 4: 07

IN RE: INACOM CORP., et al.

| | |
|---|---|
| Inacom Corp., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 04-612 GMS |
| | ) |
| v. | ) |
| | ) |
| General Electric Company, | ) |
| | ) Adversary Case No. 03-50501 |
| Defendant. | ) Bankruptcy Case No. 00-2426 PJW |

## STIPULATED CONTINUANCE OF SCHEDULING ORDER

The parties, by and through their undersigned counsel, hereby stipulate that the date for completion of discovery in the above-captioned matter should be extended ninety (90) days until March 9, 2005. All other deadlines should be extended to accommodate this change. The reasons for the deadline extension are set forth below:

1.    On September 13, 2004, Inacom served its Plaintiff's First Set of Document Production Requests, Plaintiff's First Set of Interrogatories to Defendant and Plaintiff's Request for Admission Propounded to Defendant, Set One.

2.    On September 22, 2004, the Court held a status conference and entered a scheduling order in this matter that set a discovery deadline of December 9, 2004 [D.I. 6].

3.    The parties have conferred numerous times regarding Defendant's response to discovery. Defendant has conducted a diligent search of its records and contacted numerous employees regarding this matter. Due to the passage of time and employee turnover, Defendant has been unable to locate records or personnel with the requisite information and knowledge to respond to the discovery requests propounded by the Plaintiff.

4.    Plaintiff noticed the deposition of the person most knowledgeable regarding the allegations set forth in the Complaint for December 2, 2004.  However the parties were unable to proceed with the deposition because they have been unable to locate the person most knowledgeable.

5.    Plaintiff noticed and conducted the deposition of Larry Klein a former employee of the Defendant on December 3, 2004.  Mr. Klein was unable to recall a majority of the information requested by Plaintiff.

6.    Therefore, due to the parties' desire to complete meaningful discovery prior to participating in a trial on this matter, the parties respectfully request that the Court enter an order extending the discovery deadline in this case until March 9, 2005 and adjust the remaining deadlines set forth in the scheduling order to account for this extension.

LANDIS RATH & COBB LLP

_____
Daniel B. Rath, Esquire (#3022)
Rebecca L. Butcher, Esquire (#3816)
919 Market Street, Suite 600
Wilmington, Delaware 19801
(302) 467-4400

Attorneys for Defendant

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB, P.C.

_____
Laura Davis Jones (Bar No. 2436)
Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)**
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Attorneys for Plaintiff

SO ORDERED this _____ day of December, 2004.

_____
United States District Judge