## Jeffrey P. Nolan

**From:** Jeffrey P. Nolan
**Sent:** Monday, December 27, 2004 1:17 PM
**To:** 'Rebecca L. Butcher'; Evans, Richard V (GE Consumer & Industrial)
**Subject:** Inacom v. GE Appliances(04-612)

As you now, the court executed our Stipulation and Continuance of the Scheduling Order with the practical effect of giving us until March 9, 2004 to complete discovery and learn the underlying facts. With the additional time, I would like to outline a couple of matters that I would appreciate receiving formal responses or at a minimum some feedback.

1.  The PMK at GE Appliances on the topics identified.
2.  The individual in Louisiana with knowledge on the account-Landon Laws(Rich mentioned this gentleman); the status of deposing Mr. laws or discussing his knowledge.
3.  Outstanding documents production by GE Appliance.

I do not expect a response before the 1st of the year but I would like to address these issues immediately thereafter.

Thx

Jeffrey Nolan

Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.

10100 Santa Monica Boulevard, Suite 1100

Los Angeles, California 90067

Tel: (310) 772-2313

Fax. (310) 203-4266

3/16/2005