## Jeffrey P. Nolan

**From:** Jeffrey P. Nolan
**Sent:** Tuesday, February 08, 2005 8:23 PM
**To:** 'Evans, Richard V (GE Consumer & Industrial)'
**Subject:** RE: GE AR action

Depositions ran long. They continue tomorrow as well so I would suggest exchanging e-mails for the time being.

What is the status of finding documents and witnesses on your end?

>   -----Original Message-----
>   **From:** Evans, Richard V (GE Consumer & Industrial) [mailto:richard.evans@ge.com]
>   **Sent:** Tuesday, February 08, 2005 5:14 AM
>   **To:** Jeffrey P. Nolan
>   **Subject:** RE: GE AR action
>
>   Jeff --
>
>   I'm in most of the day today. Please give me a call when you're in. Thanks.
>
>   g
>
>   *Richard V. Evans, Litigation Counsel*
>   **GE Consumer & Industrial**
>   Telephone 502.452.7063
>   Email: richard.evans@ge.com
>
>   *The information contained in this electronic message is intended only for the named recipient(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.*
>
>   **From:** Jeffrey P. Nolan [mailto:JNolan@pszyjw.com]
>   **Sent:** Monday, January 31, 2005 11:21 PM
>   **To:** Evans, Richard V (GE Consumer & Industrial)
>   **Subject:** GE AR action
>
>   Rich:
>
>   I have not heard back from you since my e-mail in early January. Please call me tomorrow so we can set up the deposition in New Orleans.
>
>   Jeffrey Nolan
>
>   Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
>
>   10100 Santa Monica Boulevard, Suite 1100
>
>   Los Angeles, California 90067
>
>   Tel: (310) 772-2313

3/16/2005