## Jeffrey P. Nolan

**From:** Evans, Richard V (GE Consumer & Industrial) [richard.evans@ge.com]
**Sent:** Thursday, February 10, 2005 1:27 PM
**To:** Jeffrey P. Nolan
**Subject:** RE: GE AR action

Jeff --

I've found someone who worked with Inacom on help-desk support. He is looking for documents and reviewing the bills you've provided. He's also given me the name of someone at GE corporate who may have information about GE's overall relationship with Inacom for help-desk services. I hope to talk to him tomorrow morning. So, I should have more information by tomorrow afternoon. I'll call you then.

Rick

>     -----Original Message-----
>     **From:** Jeffrey P. Nolan [mailto:JNolan@pszyjw.com]
>     **Sent:** Tuesday, February 08, 2005 11:23 PM
>     **To:** Evans, Richard V (GE Consumer & Industrial)
>     **Subject:** RE: GE AR action
>
>     Depositions ran long. They continue tomorrow as well so I would suggest exchanging e-mails for the time being.
>
>     What is the status of finding documents and witnesses on your end?
>
>>     -----Original Message-----
>>     **From:** Evans, Richard V (GE Consumer & Industrial) [mailto:richard.evans@ge.com]
>>     **Sent:** Tuesday, February 08, 2005 5:14 AM
>>     **To:** Jeffrey P. Nolan
>>     **Subject:** RE: GE AR action
>>
>>     Jeff --
>>
>>     I'm in most of the day today. Please give me a call when you're in. Thanks.
>>
>>     **g**
>>     *Richard V. Evans, Litigation Counsel*
>>     **GE Consumer & Industrial**
>>     Telephone 502.452.7063
>>     Email: richard.evans@ge.com
>>
>>     *The information contained in this electronic message is intended only for the named recipient(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.*
>>
>>     **From:** Jeffrey P. Nolan [mailto:JNolan@pszyjw.com]
>>     **Sent:** Monday, January 31, 2005 11:21 PM
>>     **To:** Evans, Richard V (GE Consumer & Industrial)
>>     **Subject:** GE AR action

3/30/2005