**CERTIFICATE OF SERVICE**

I, Sandra G. McLamb, hereby certify that on this 31st day of March 2005, I caused a copy of the foregoing *Appendix of Exhibits in Support of Plaintiff's Motion in Limine to Exclude Testimony of General Electric Company's Person Most Knowledgeable and Production of Documents at Time of Trial [Motion in Limine No. 1 of 1]* to be served on the individual(s) listed below in the manner indicated herein.

**First Class Mail**
(Counsel to General Electric Company)
Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

**Hand Delivery**
(General Electric Company)
Rick Evans
John Whittle
Appliance Park Building 2-225
Louisville, KY 40225

Sandra G. McLamb (Bar No. 4283)