## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| INACOM CORP., et al.,[1] | Case No. 00-2426 |
| Debtors. | Jointly Administered |
| | |
| INACOM CORP., on behalf of all affiliated Debtors, | Bank Adv. No. 03-50501 |
| Plaintiffs, | Civil Action No. 04-612(GMS) |
| v. | |
| GENERAL ELECTRIC COMPANY | |
| Defendant. | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 21st day of April, 2005, a true and correct copy of

the foregoing **NOTICE OF SERVICE** OF:

- **DEFENDANT'S RESPONSES AND OBJECTIONS TO REQUESTS FOR ADMISSION [SET ONE] PROPOUNDED BY PLAINTIFF**
- **DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**
- **DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION**

was served upon the following in the manner indicated:

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

**VIA Hand Delivery**

Laura Davis Jones, Esquire
Sandra G. McLamb, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19801

Dated: April 21, 2005

**Via Federal Express**

Andrew W. Caine, Esquire
Jeffrey P. Nolan, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub, P.C.
10100 Santa Monica Boulevard
11th Floor
Los Angeles, California 90067-4100
(310) 201-0760 Facsimile

LANDIS RATH & COBB LLP

Daniel B. Rath, Esquire (#3022)
Rebecca L. Butcher, Esquire (#3816)
919 Market Street, Suite 600
Wilmington, Delaware 19801
(302) 467-4400

***Attorneys for Defendant***
***General Electric Company***